UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAUREEN QUINN,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>            Defendants. | Case No.  5:15-cv-03383-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 02/25/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 12/14/2017 at 9:00 am |
| Final Pretrial Conference | 02/15/2018 at 1:30 pm |
| Trial | 03/12/2018 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2    are referred to the assigned Magistrate Judge.

3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4    orders, which are available on the Court's website and in the Clerk's Office.

5    IT IS FURTHER ORDERED THAT meet, confer and file a stipulated proposed schedule

6    regarding dates and deadlines to trial by 03/18/2016.

7

8    Dated:  02/25/2016

9

10                                    BETH LABSON FREEMAN
                                      United States District Judge

United States District Court
Northern District of California